IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY PERENON AND CHERYL ANN PERENON,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAUL FINANCIAL, LLC, GMAC MORTGAGE, LLC, RBS FINANCIAL PRODUCTS, INC., HARTFORD MORTGAGE SERVICES, INC., NOELLE KOZAK, AND DOES 1 to 100,<br><br>    Defendants.<br>                                                                    / | No. C 10-01504 WHA<br><br>**ORDER DENYING MOTION TO POSTPONE INITIAL CMC** |

   Plaintiffs brought this action in Alameda County Superior Court asserting claims relating to a mortgage loan they obtained from defendants. Defendant GMAC and defendant RBS separately removed the state court complaint to the United States District Court for the Northern District of California. The separate removals of a single state court action resulted in the creation of two factually identical federal actions, one before Judge Breyer (Case No. 3:10-cv-01506-CRB) and one before the undersigned (Case No. 3:10-cv-01504-WHA). The two actions were then related and both were assigned to the undersigned. The initial case management conference is scheduled for July 15, 2010, at 11:00 a.m.

   The parties now move to postpone the initial case management conference until October 7, 2010. For lack of good cause shown, the motion is **DENIED**. Defendant GMAC has noticed a motion to dismiss for hearing on June 24, 2010. Defendants are urged to coordinate their

1  motions to dismiss so that they may be heard at the same time and do not unnecessarily
2  duplicate the same arguments.

4  **IT IS SO ORDERED.**

6  Dated: May 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2