1  MARY KATE SULLIVAN (STATE BAR NO. 180203)
   SEVERSON & WERSON
2  A Professional Corporation
   One Embarcadero Center, Suite 2600
3  San Francisco, CA 94111
   Telephone:    (415) 398-3344
4  Facsimile:    (415) 956-0439

5

   Attorneys for Defendants
6  GMAC MORTGAGE, LLC

7
                    UNITED STATED DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

   JEFFERY PERERON                          Case No.: 3:10-cv-01504-WHA
10
            Plaintiff
11
                                            (PROPOSED) ORDER GRANTING
       vs.                                  SUBSTITUTION OF ATTORNEY
12
   GMAC MORTGAGE, LLC , et al,
13
            Defendants
14

15                              ORDER

16     The Substitution of Attorney of MARY KATE SULLIVAN, Severson & Werson PC for

17  defendant GMAC MORTGAGE, LLC, in place of JOSHUA MARK BRYAN and STUART B.

18  WOLFE, WOLFE & WYMAN LLP is hereby ordered by this Court.

19

20

21  DATED: June 21, 2010

22                                  By: _____
                                        Hon. William H. Alsup, US District Judge
23

24  *[Signature and seal of Judge William Alsup, United States District Court, Northern District of California]*

25

26

27

28

CASE NO. 2:10-cv-00411-DMG-RZ                                       PROPOSED ORDER