IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY PERENON AND CHERYL ANN PERENON,<br><br>  Plaintiffs,<br><br>  v.<br><br>PAUL FINANCIAL, LLC, GMAC MORTGAGE, LLC, RBS FINANCIAL PRODUCTS, INC., HARTFORD MORTGAGE SERVICES, INC., NOELLE KOZAK, AND DOES 1 to 100,<br><br>  Defendants.<br>                                                                       / | No. C 10-01504 WHA<br><br>**ORDER DENYING MOTION EXTENDING TIME FOR PLAINTIFFS TO MOVE FOR LEAVE TO AMEND** |

Arising out of the mortgage crisis, plaintiffs Jeffrey and Cheryl Ann Perenon brought this action against five defendants relating to the July 2007 mortgage and refinancing of their home. On June 24, 2010, defendants' motions to dismiss were granted in part and denied in part. In particular, plaintiffs' claims for fraud, concealment, negligent misrepresentation and unfair competition were not pled sufficiently to meet the heightened threshold of Rule 9(b) and were dismissed. Plaintiffs were given permission to seek leave to amend these claims by July 8, 2010. Now plaintiffs move to extend this deadline to July 16, 2010, on the grounds that the parties are close to a "mutually agreeable resolution" of this matter. Defendants have stipulated to this request.

The Court has seen many such agreements crater and believes the best course is to maintain the existing schedule until a final agreement is signed. For lack of good cause shown, the motion for an order extending time to seek leave to amend is **DENIED**.

**IT IS SO ORDERED.**

Dated: July 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE