IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFERY PERENON and CHERYL ANN PERENON, husband and wife,

    Plaintiffs,

  v.

PAUL FINANCIAL, LLC, a Delaware limited liability company, GMAC MORTGAGE, LLC, a Delaware limited liability company, RPS FINANCIAL PRODUCTS, INC., a Delaware corporation, HARTFORD MORTGAGE SERVICES, INC., a California corporation, NOELLE KOZAK, an individual, and DOES 1 through 100, inclusive,

    Defendants.

No. C 10-01504 WHA

**ORDER DENYING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE**

Good cause not shown, the Court **DENIES** defendant RBS Financial Products' request to attend the case management conference via the telephone. The telephone sound system in the courtroom is not adequate to conduct hearings and the Court cannot permit one and not the other parties to attend by telephone.

**IT IS SO ORDERED.**

Dated: July 9, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE