United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY PERENON and CHERYL ANN PERENON, husband and wife,<br><br>   Plaintiffs,<br><br>   v.<br><br>PAUL FINANCIAL, LLC, a Delaware limited liability company, GMAC MORTGAGE, LLC, a Delaware limited liability company, RPS FINANCIAL PRODUCTS, INC., a Delaware corporation, HARTFORD MORTGAGE SERVICES, INC., a California corporation, NOELLE KOZAK, an individual, and DOES 1 through 100, inclusive,<br><br>   Defendants.<br>_____ / | No. C 10-01504 WHA<br><br>**ORDER TO SHOW CAUSE** |

Plaintiffs have noticed a motion for leave to file a second amended complaint for hearing on August 26, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion or statement of nonopposition was due on August 5, 2010, but no such opposition has been received. Defendants are ordered to respond by **NOON ON AUGUST 12, 2010**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file a late opposition. The hearing scheduled for August

26, 2010, is **VACATED**. A further hearing on the motion shall be noticed by the Court if necessary.

**IT IS SO ORDERED.**

Dated: August 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE