IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY PERENON and CHERYL ANN PERENON, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAUL FINANCIAL, LLC, a Delaware limited liability company, GMAC MORTGAGE, LLC, a Delaware limited liability company, RPS FINANCIAL PRODUCTS, INC., a Delaware corporation, HARTFORD MORTGAGE SERVICES, INC., a California corporation, NOELLE KOZAK, an individual, and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>                                  / | No. C 10-01504 WHA<br><br>**ORDER VACATING<br>ORDER TO SHOW CAUSE** |

The order to show cause (Dkt. No. 45) is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: August 10, 2010.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE